**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB-16

UNITED STATES OF AMERICA,

    Plaintiff,

v.

16. VIET NGUYEN

    Defendant.

## MINUTE ORDER[1]

    A Notice of Disposition was filed on July 28, 2010 [#1414. On **August 4, 2010**, at 10:00 a.m., the court shall conduct a telephonic setting conference to set the change of plea hearing in this matter. Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: July 29, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.