# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00429-REB-16

UNITED STATES OF AMERICA,

    Plaintiff,

v.

16. VIET NGUYEN,

    Defendant.

## MINUTE ORDER[1]

On August 4, 2010, the court conducted a telephonic setting conference to set the change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That a change of plea hearing shall be held on **November 5, 2010**, at 2:30 p.m.; and

2. That defendant and counsel are excused from attendance and participation in future status and setting conferences, or hearings, in this matter.

Dated: August 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.