**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date:                    March 18, 2011

Courtroom Deputy:  Nel Steffens
Court Reporter:       Suzanne Claar
Probation Officer:    Katrina Devine

**Criminal Action No.  07-cr-00429-REB**

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,           Mark Barrett

    Plaintiff,

v.

16.  VIET NGUYEN,                              Scott Robinson

    Defendant.

**SENTENCING MINUTES**

**10:02 a.m.   Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the Court that counsel has read and discussed the presentence report and addendum with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.  Government orally moves to dismiss all remaining counts as to this defendant only.

The Court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

> **IT IS ORDERED** as follows:
>
> 1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;
>
> 2. That the pending motions are resolved as follows:
>
>    • the defendant's **Motion for Sentencing Variance** [#1614] filed March 1, 2011, is **GRANTED**;
>
>    • the **Government's Motion To Reduce Sentence Pursuant Defendant's Substantial Assistance** [#1627] filed March 16, 2011, is **GRANTED**, consistent with the foregoing findings and conclusions and the following orders;
>
>    • the government's oral motion to dismiss counts is GRANTED; that accordingly, all remaining counts as to this defendant only are **DISMISSED WITH PREJUDICE**;
>
> 3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count Twenty-Eight of the Amended Superseding Indictment;
>
> 4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is sentenced to supervised probation for a term of **three (3) years** commencing immediately, during which term he shall be subject to the jurisdiction of the court and its

       probation department;

5. That while on supervised probation, the defendant shall comply with the following conditions of supervised probation:

- all mandatory conditions of supervised probation, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of supervised probation approved and imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of supervised probation:

    - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised probation;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

    - that the defendant shall submit to one drug test within fifteen (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

    - that at defendant's expense, the defendant shall be placed on home detention for a period of **six (6) months**, to commence within **twenty-one (21) days of sentencing**; provided, furthermore, that during this time, (1) the defendant shall remain at defendant's place of residence except for employment and other activities approved in advance by the probation department; (2) home detention shall be enforced by electronic monitoring; (3) to facilitate the electronic monitoring, the defendant shall maintain a telephone at defendant's place of residence without any special services, modems, answering machines, or cordless

          telephone for the above period; and (3) the defendant shall wear an electronic device and shall observe the rules specified by the probation department;

6. That no fine is imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00; and

8. That immediately following this hearing, the defendant and his attorney shall confer with the probation officer present in open court to schedule an appointment to read, review, and sign the written conditions of supervised probation.

The Defendant waives formal advisement of appeal.

**10:25 a.m.   Court in recess.**

Total time in court:   00:23

Hearing concluded.