**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00429-REB-16

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VIET NGUYEN,

        Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

      On the report of the probation officer that the defendant has requested foreign travel and that he remains in compliance with the conditions of probation, it is

      **ORDERED** that the defendant, VIET NGUYEN, be allowed to travel to Vietnam from February 1, 2012, until February 26, 2012.

      **DATED** at Denver, Colorado, December 20, 2011.

                                  BY THE COURT:

                                  Robert E. Blackburn
                                  United States District Judge