# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Action No. 07-cr-00429-REB-16

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

16.  VIET NGUYEN,

      Defendant.

---

## AMENDED ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES

---

On report of the probation officer that the defendant has requested foreign travel and that he remains in compliance with the conditions of probation, it is

**ORDERED** that the defendant, VIET NGUYEN, be allowed to travel to Vietnam from February 28, 2012, until March 31, 2012.

**DATED** at Denver, Colorado, this 11th day of January, 2012.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge